UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                                                        :

CHRISTOPHER ROULE,                                              :

                                Plaintiff,               :         **NOTICE OF MOTION TO**
                                                                       :         **DISMISS THE COMPLAINT**
        v.                                                    :

                                                                            :         Case No. 10-CV-5009 (BSJ)

KEITH TOWNSEND MITCHELL and KETOMI     :
COMPANY,
                                Defendants.           :

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the Complaint, dated June 28, 2010, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, Defendants will move this Court before the Honorable Barbara S. Jones in Courtroom 17C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) dismissing the Complaint with prejudice.

Dated: August 3, 2010
       New York, New York

                                                   POHL LLP

                                                   By:    <u>/s/ David M. Pohl</u>
                                                              David M. Pohl (DP-8609)

                                                 275 Madison Avenue, 14th Floor
                                                 New York, New York 10016
                                                 (212) 202-1614
                                                 david.pohl@pohllaw.com

                                                 *Attorneys for Defendants Keith Townsend*
                                                 *Mitchell and Ketomi Company*

To:

Michael R. Potenza
Megan K. Bannigan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-7497
(212) 909-6836 (fax)

*Attorneys for Plaintiff*