# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

August 31, 2010

BY FACSIMILE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/10

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Roule v. Mitchell, et al., No. 10-CV-5009 (BSJ)**

Dear Judge Jones:

    We represent Plaintiff Christopher Roule in the above-captioned matter. We write briefly in response to Defendants' letter to the Court of this morning.

    Defendants moved to dismiss the Complaint on August 3, 2010. Plaintiff's opposition to that motion was due on August 27, 2010. August 27 also was the last day for Plaintiff to amend the complaint as of right pursuant to Federal Rules of Civil Procedure 15(a)(1) and 6(d). Faced with the coincidentally simultaneous deadlines, Plaintiff filed an Amended Complaint and opposed the pending motion to dismiss on August 27.

    There is nothing "procedurally improper" about this. When a party amends a pleading during the pendency of a motion to dismiss, the court may "den[y] the motion as moot [or] consider[] the merits of the motion in light of the amended complaint." *Newmarkets Partners LLC v. Oppenheim & Cie*, 638 F. Supp.2d 394, 405 (S.D.N.Y. 2009); *Illiano v. Mineola Union Free School District*, 585 F. Supp.2d 341, 349 (E.D.N.Y. 2008). If, as Defendants maintain, the Amended Complaint moots Plaintiff's motion to dismiss, Defendants can withdraw their motion with prejudice. Until they do so, their motion to dismiss remains pending, and any obligation to answer the Amended Complaint is stayed pursuant to Federal Rule of Civil Procedure 12(a)(4).

The Honorable Barbara S. Jones         2         August 31, 2010

    Because the procedural posture is clear, we respectfully submit that no order is necessary. Pursuant to the Court's scheduling order, Defendants' reply brief is due September 10, 2010, although we have no objection to extending that date to September 17, 2010.

                               Respectfully submitted,

                               *Michael R. Potenza*
                               Michael R. Potenza

---

The August 3, 2010 ~~Complaint filed on June 28, 2010~~ motion to dismiss is ~~dismissed as moot~~. The defendant shall submit a motion to dismiss the Amended Complaint, filed on August 27, 2010, on or before September 28, 2010. Plaintiff's opposition shall be due on or before October 19, 2010. Any reply is due on or before Oct. 26, 2010.

So ordered:
Barbara S. Jones
USDJ
9-8-10