UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                  :

CHRISTOPHER ROULE,                        :

                             Plaintiff,            :    **NOTICE OF MOTION TO**
                                                  :    **DISMISS THE AMENDED**
               v.                              :    **COMPLAINT**

KEITH TOWNSEND MITCHELL and KETOMI  :    Case No. 10-CV-5009 (BSJ)
COMPANY,                          :

                             Defendants.        :    ECF Case
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the Amended Complaint, dated August 27, 2010, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, Defendants will move this Court before the Honorable Barbara S. Jones in Courtroom 17C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) dismissing the Amended Complaint with prejudice.

Dated: September 28, 2010
       New York, New York

                                              POHL LLP

                                              By:   /s/ David M. Pohl
                                                       David M. Pohl (DP-8609)

                                            275 Madison Avenue, 14th Floor
                                            New York, New York 10016
                                            (212) 202-1614
                                            (646) 924-3100 (fax)
                                            david.pohl@pohllaw.com

                                            *Attorneys for Defendants Keith Townsend*
                                            *Mitchell and Ketomi Company*

To:

Michael R. Potenza
Megan K. Bannigan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-7497
(212) 909-6836 (fax)

*Attorneys for Plaintiff*