# POHL|LLP
ATTORNEYS AND COUNSELORS AT LAW

600 THIRD AVENUE 15TH FLOOR
NEW YORK, NEW YORK 10016
T 212 202 1611 F 616 921 3100 POHLLAW.COM

David M. Pohl *Partner*
david.pohl@pohllaw.com

August 1, 2011

By Federal Express

The Honorable Ronald L. Ellis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-3-11

RECEIVED
AUG 02 2011
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

Re:   *Roule v. Mitchell, et al.*, No. 10-CV-5009 (BSJ) (RLE)

Dear Judge Ellis,

I represent Defendants in the above-referenced action.

Defendants' Answer to the Amended Complaint is currently due August 5, 2011. I write to request an extension of this deadline until August 26, 2011. This is Defendants' first request for an extension. Plaintiff has consented to this request.

The requested adjournment would not affect any other scheduled date.

Respectfully Submitted,

David M. Pohl

cc:   Michael R. Potenza, Esq. (Debevoise & Plimpton LLP)
      (by email – mpotenza@debevoise.com)

      Megan K. Bannigan, Esq. (Debevoise & Plimpton LLP)
      (by email – mkbannig@debevoise.com)

SO ORDERED
Ronald Ellis   8-2-11
MAGISTRATE JUDGE RONALD L. ELLIS