# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-11

September 7, 2011


RECEIVED
SEP 8 2011
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

BY FEDERAL EXPRESS

Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Roule v. Mitchell, et al., No. 10-CV-5009 (BSJ/RLE)**

Dear Judge Ellis:

    We write to respectfully request that the time for Plaintiff to Answer Defendants' Counterclaims be extended to September 29, 2011. The Answer is currently due September 15, 2011. This is Plaintiff's first request for an extension. Defendants have consented to the request.

    Thank you in advance for your attention to this matter.

Respectfully submitted,

*Megan K. Bannigan*
Megan K. Bannigan

cc: David M. Pohl, Esq.

SO ORDERED
*Ronald Ellis* 9-8-11
MAGISTRATE JUDGE RONALD L. ELLIS