# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

December 22, 2011



VIA PRIORITY MAIL

Hon. Ronald L. Ellis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Roule v. Mitchell, et al., No. 10-CV-5009 (RLE)**

Dear Judge Ellis:

We represent Plaintiff Christopher Roule in the above-captioned matter. We write to respectfully request that the status conference scheduled for January 3, 2012 at 10:00 a.m. be postponed until the week of January 16, 2012 or another date at Your Honor's convenience. Defendants' counsel has consented to this request and is available the week of January 16th.

Respectfully submitted,

Megan K. Bannigan

Conference adjourned January 19, 2012 at 10:00 AM

**SO ORDERED**
Ronald /-3-12

MAGISTRATE JUDGE RONALD L. ELLIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-3-12

cc:   David Pohl, Esq.
      (via electronic mail)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai