


February 15, 2012

BY FEDERAL EXPRESS

Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Roule v. Mitchell, et al., No. 10-CV-5009 (BSJ/RLE)**

Dear Judge Ellis:

Plaintiff and Defendants write jointly to inform the Court that, as of February 13, 2012, the parties have signed a term sheet for a Settlement Agreement. The parties plan to have finalized this settlement on or before March 15, 2012. In this connection, the parties have agreed to mutually consent to a stay of all proceedings until April 2, 2012 to allow the parties time to finalize the Settlement Agreement.

Accordingly, the parties respectfully request that the Court order a stay of all proceedings until April 2, 2012 pending finalization of the Settlement Agreement. The parties will notify the Court if and when the Settlement Agreement is signed.

Thank you in advance for your attention to this matter.

Respectfully submitted,                    Respectfully submitted,

Megan K. Bannigan                          David M. Pohl
Debevoise & Plimpton LLP                   Pohl LLP
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
919 Third Avenue                           345 Seventh Avenue, 21st Floor
New York, NY 10022                         New York, NY 10001
Tel: 212-909-6127                          Tel: 212-202-1614

Case conference cancelled. Plaintiff must submit status report March 30, 2012, if no settlement.

SO ORDERED 2-16-12

MAGISTRATE JUDGE RONALD L. ELLIS