DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com



March 30, 2012

BY HAND DELIVERY

Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Roule v. Mitchell, et al., No. 10-CV-5009 (BSJ/RLE)**

Dear Judge Ellis:

Plaintiff writes to inform the Court that, Plaintiff and Defendants are continuing their settlement discussions and have agreed to extend the deadline for entering into a Settlement Agreement to April 19, 2012. In this connection, the parties have agreed to mutually consent to a stay of all proceedings until April 23, 2012 to allow the parties time to finalize the Settlement Agreement.

Accordingly, the parties respectfully request that the Court order a stay of all proceedings until April 23, 2012 pending finalization of the Settlement Agreement. The parties will notify the Court if and when the Settlement Agreement is signed.

Thank you in advance for your attention to this matter.

Respectfully submitted,

Michael Potenza
Debevoise & Plimpton LLP
*Attorneys for Plaintiff*
919 Third Avenue
New York, NY  10022
Tel:  212-909-7497

SO ORDERED

Ronald _/EG_  4-3-12

cc:    David Pohl

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai