# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-12

April 30, 2012

BY HAND DELIVERY

Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

APR 30 2012

### Roule v. Mitchell, et al., No. 10-CV-5009 (BSJ/RLE)

Dear Judge Ellis:

      We represent Plaintiff in the above-represented matter. Plaintiff writes to inform the Court that the parties are continuing their settlement discussions and have agreed to extend the deadline for entering into a Settlement Agreement from April 19, 2012 to May 17, 2012. In this connection, the parties have agreed to mutually consent to a stay of all proceedings until the same date to allow the parties time to finalize the Settlement Agreement. Accordingly, the parties respectfully request that the Court order a stay of all proceedings until May 17, 2012 pending finalization of the Settlement Agreement. The parties will notify the Court if and when the Settlement Agreement is signed.

      Thank you in advance for your attention to this matter.

Respectfully submitted,

Megan K. Bannigan
Debevoise & Plimpton LLP
*Attorneys for Plaintiff*
919 Third Avenue
New York, NY 10022
Tel: 212-909-6127

cc: David Pohl

Approved
SO ORDERED
/s/ Ronald Ellis   5-1-12
MAGISTRATE JUDGE RONALD L. ELLIS

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai