UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHRISTOPHER ROULE,

            Plaintiff,

    v.

KEITH TOWNSEND MITCHELL and KETOMI
COMPANY,

           Defendants.
------------------------------------------------------------------x

Case No. 10-CV-5009 (BSJ) (RLE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, Plaintiff Christopher Roule and Defendants Keith Townsend Mitchell and Ketomi Company, by and through their respective counsel of record, hereby stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims for relief in the Complaint and Answer and Counterclaims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). Each party is to bear its own attorneys' fees and costs. The Court shall retain jurisdiction over any dispute arising under the Settlement Agreement.

    Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

_/s/ Michael Potenza_
Michael Potenza
919 Third Avenue
New York, New York 10022
(212) 909-6836

*Attorneys for Plaintiff*

POHL LLP

_/s/ David M. Pohl_
David M. Pohl
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 202-1614

*Attorneys for Defendants*

23669067v2