Jones. J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 / 30 /12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CHRISTOPHER ROULE,                              :
                                                :
                        Plaintiff,              :
                                                :       Case No. 10-CV-5009 (BSJ)
                v.                              :       (RLE)
                                                :
KEITH TOWNSEND MITCHELL and KETOMI             :
COMPANY,                                        :
                        Defendants.             :
-------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, Plaintiff Christopher Roule and Defendants Keith Townsend Mitchell

and Ketomi Company, by and through their respective counsel of record, hereby stipulate and

agree to the dismissal with prejudice of this entire action as to all parties and all claims for relief

in the Complaint and Answer and Counterclaims pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(ii) and 41(c). Each party is to bear its own attorneys' fees and costs. The Court

shall retain jurisdiction over any dispute arising under the Settlement Agreement.

Respectfully submitted,


DEBEVOISE & PLIMPTON LLP                        POHL LLP

_____                         _____
Michael Potenza                                 David M. Pohl
919 Third Avenue                                345 Seventh Avenue, 21st Floor
New York, New York 10022                        New York, New York 10001
(212) 909-6836                                  (212) 202-1614

*Attorneys for Plaintiff*                       *Attorneys for Defendants*


23869067v2

SO ORDERED:

_____
U.S.D.J.

5/29/12